VIA FACSIMILE AND U.S. MAIL

November 24, 2008

Thomas E. Frankovich
A Professional Law Corporation
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Fax: (415) 444 – 5805

Re: Yates v. The Shoe Show, Case No.  CV 08 4765

Dear Mr. Frankovich:

This letter is to confirm that you granted our request for an extension of time to respond to the complaint for the above-mentioned matter. The new date on which we are to respond to the complaint is December 14, 2008. If you have any questions, please contact met at the office.

Thank you for your attention to this letter.

Sincerely,


Joseph K. Bravo