1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 CRAIG YATES, an individual; and        )   **CASE NO.  CV-08-4765-JL**
   DISABILITY RIGHTS, ENFORCEMENT,        )
11 EDUCATION, SERVICES:HELPING            )   **STIPULATION OF DISMISSAL AND**
   YOU HELP OTHERS, a California public    )   **[PROPOSED] ORDER THEREON**
12 benefit corporation,                   )
                                          )
13        Plaintiffs,                     )
                                          )
14 v.                                     )
                                          )
15 THE SHOE SHOW, a California            )
   corporation dba BROOKS SHOES FOR       )
16 KIDS; and KAM CHEUOK LEE TOY           )
   MARITAL TRUST,                         )
17                                        )
          Defendants.                     )
18 _____)

19        The parties, by and through their respective counsel, stipulate to dismissal of this action

20 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22 costs and attorneys' fees.  The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

24 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25 settlement agreements).

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-08-4765-JL

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action be and hereby is dismissed with

3    prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

4                                                    Respectfully submitted,

5

6    Dated: July 23, 2009                   THOMAS E. FRANKOVICH,
                                            *A PROFESSIONAL LAW CORPORATION*
7

8                                           By: _____/s/_____
                                                     Thomas E. Frankovich
9                                           Attorneys for Plaintiffs CRAIG YATES and
                                            DISABILITY RIGHTS ENFORCEMENT,
10                                          EDUCATION SERVICES

11

12   Dated: August 24, 2009                PAUL R. KIESEL, ESQ.,
                                           KIESEL BOUCHER LARSON
13

14

15                                          By: _____/s/_____
                                                     Paul R. Kiesel, Esq.
16                                          Attorneys for Defendants THE SHOE SHOW, a
                                            California corporation dba BROOKS SHOES FOR
17                                          KIDS; and KAM CHEUOK LEE TOY MARITAL
                                            TRUST
18

19

20                                        **<u>ORDER</u>**

21        **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to

22   Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

23   the purpose of enforcing the parties' Settlement Agreement and General Release should such

24   enforcement be necessary.

25

26   Dated: __October 5____, 2009

27                                          _____
                                            HONORABLE JAMES LARSON
28                                          United States Magistrate Judge of California

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-08-4765-JL        -2-